**Ex parte Darrell Gene JONES.**

**No. 41791.**

Court of Criminal Appeals of Texas.

Dec. 18, 1968.

No attorney on appeal, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

OPINION

MORRISON, Judge.

This is an appeal from an order declining to reduce bail on appeal.

No brief has been filed on appellant's behalf in the trial court or in this Court. We have however, reviewed the evidence adduced at the hearing and find no abuse of discretion by the trial court.

The action of the trial court in refusing to grant a reduction of bail is affirmed.